```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELIVRANCE SIMON

                Plaintiff,

-v-

1199 NATIONAL BENEFIT FUND,

                Defendant.

No. 08 Civ. 5122 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    This action has been reassigned to my docket. Pursuant to the order of Magistrate Judge Francis dated August 5, 2009, dispositive motions are due October 30, 2009.

    The parties are advised that the undersigned's individual practices require the submission of pre-motion letters and the holding of a pre-motion conference in advance of the parties' filing any dispositive motions. Accordingly, IT IS HEREBY ORDERED that any pre-motion letters shall be submitted by October 30, 2009, and that responses shall be filed by November 4, 2009.

Dated:     October 5, 2009
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

A copy of this order has been mailed to:

Delivrance Simon
5317 Avenue T, Apt. 2
Brooklyn, NY 11234